IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN JENKINS, | : | CIVIL ACTION |
| | : | NO. 21-1421 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| NORTHEAST TREATMENT CENTERS, | : | |
| INC., ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this **10th** day of **November, 2021,** upon consideration of Defendants' pending Motions to Dismiss (ECF Nos. 27, 28) and Plaintiff's Response (ECF No. 32), it is hereby **ORDERED** that the pending Motions to Dismiss (ECF Nos. 27, 28) are **GRANTED**. It is further **ORDERED** as follows:

1. Count I is dismissed with prejudice.
2. Counts II and III are dismissed without prejudice. Plaintiff is granted leave to amend as to Count II and Count III and shall file a third amended complaint by **December 10, 2021.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**